42,495-01

CASE #s: PD-1418-14 & PD-1419-14 & PD-1420-14 & PD-1421-14

(( - C O N S O L I D A T E D    M O T I O N - ))

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

RICHARD A.DUNSMORE - APPELLANT

V/S

THE STATE OF TEXAS - APPELLEE

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 01 2014

Abel Acosta, Clerk

MOTION FOR AN ORDER DIRECTING THE BRAZORIA COUNTY DISTRICT CLERK TO

TRANSMIT THE CLERK'S RECORD IN CAUSE #s: 56909 & 56910-FROM APRIL 2008

TO NOVEMBER 2014  -and the- REPORTER'S RECORD FROM 10/8/2010 TO THE

COURT OF CRIMINAL APPEALS OF TEXAS AT AUSTIN,TEXAS

Now Comes the APPELLANT who MOVES this Court to issue an ORDER that DIRECTS the Brazoria County District Clerk to TRANSMIT the ENTIRE RECORD of Cause #s:56909 and the REPORTER'S RECORD to the Court of Criminal Appeals of Texas for it to use when considering the PETITION FOR DISCRETIONARY REVIEW of the APPELLANT in the above referenced cases.  ON APPEAL from the Appeals Court in matters: 01-14-00251-CR & 01-14-00274-CR & 01-14-00306-CR & 01-14-00307-CR.

PRAYER

That this Court will ISSUE  or cause to be ISSUED  an  ORDER  directing the District Clerk of Brazoria County to TRANSMIT the RECORDS requested,Per Texas Rules of Appellant Procedure 34.5 and 34.6.

FILED IN
COURT OF CRIMINAL APPEALS

FEB ⎯ ⎯⎯⎯

Abel Acosta, Clerk

Respectfully Submitted By

Richard A,Dunsmore,Pro Se
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON  ,  TEXAS  77583

UNSWORN DECLARATION:

I,Richard A.Dunsmore,TDCJ # 1826868,Incarcerated at the TDCJ-CID C.T.TERRELL UNIT in Brazoria County,Texas-Declare Under Penalty of Perjury that I am the APPELLANT/PETITIONER and the above Statements are True and Correct.

EXECUTED ON NOVEMBER 20th,2014

BY:  Richard A.Dunsmore,Pro Se

CERTIFICATE OF SERVICE

I,CERTIFY that a True and Correct Copy of this Motion was SERVED on the Brazoria County DA-Jeri Yenne by 1st Class mail to:111 East Locust Street,Room 408A,Angleton,Texas 77515 on November 21st,2014.

BY:  Richard A.Dunsmore,Pro Se

IN THE COURT

OF CRIMINAL APPEALS

OF TEXAS

RISHARD A.DUNSMORE – APPELLANT

V/S

THE STATE OF TEXAS – APPELLEE

RULE 2 MOTION·TO SUSPEND RULES 9.3 & 9.4

Now Comes the APPELLANT,Richard A.Dunsmore ,PRO SE ,TDCJ # 1826868, Currently Incarcerated at the TDCJ-CID C.T.TERRELL UNIT in Brazoria County, Texas – Who MOVES this Court to SUSPEND RULE 9.3 pertaining to the Number of Copies he must file from 11 down to 5

and to SUSPEND Rule 9.4 as to FORM,as to (c) SPACING and (d) as to mARGINS-and other matters of FORM he cannot comply with.APPELLANT states:

1) APPELLANT can only get enough money to make 5 Copies of the 53 Page Long Petition for Discretionary Review.

2) It was hard enough getting the 25 sheets of paper he used to get the PETITION done using standard Business Letter Typing. He has Parkinson's so he had to make arrangemnts to have it typed. He and his Jailhouse Lawyer kind of dictated it and shorthanded it to the typing guy,that costs .85¢ to $1 a Page to get done in Prison

3) The PETITION is easily readable and these requested Rule Suspensions will not affect the Court's ability to review the Pleading.

4) It took every stamp he had and some he borrowed just to get it mailed out to be copied the 5 Copies for the Court and the Copies he has to serve on the other parties,the STATE,Judges,Etc.APPELLANT is now BROKE for a little while. BUT the PETITION will make it to the Court of Criminal Appeals by December 22nd,2014,as required.

RULE 2 MOTION

## ( CONTINUED )

5) There was simply  NO WAY  the APPELLANT could get ahold of over 500 Pieces
   of Paper in Prison ( at .85¢ per 50 Sheets)  nnor did he have access to
   a Copy Machine in Prison, His 89 Year Old Mother is doing the copying
   and mailing,and even what is being done to get y'all 5 and the rest of the
   parties 1 is ALOT for her to do and mail.


### PRAYER

   That the COURT will SUSPEND Rules 9.3 & 9.4 -and any other TULE that
the APPELLANT might have missed or does not know about,and ACCEPT the 5 Capies
it will get mid-Decemberish as  GOOD ENOUGH.

Respectfully Submitted By

Richard A.Dunsmore,Pro Se
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON , TEXAS 77583

UNSWORN DECLARATION:
               I,Richard A.Dunsmore,RDCJ #/1826868,Declare Under
Penalty of Perjury,that the Statements in the Foregoing Motion are True
and Correct,to the Best of His Knowledge and Belief.

          EXECUTED on November 20th,2014
          BY:
               Richard A.Dunsmore,Pro Se


### CERTIFICATE OF SERVICE

   I,CERTIFY that a True and Correct Copy of this Motion was SERVED on the
Brazoria County District Attorney-Jeri Yenne as 111 East Locust Street,Room
408A,Angleton,Texas 77515 on November 21st,2014 by 1st Class U.S.Mail

          BY:

               Richard A.Dunsmore,Pro Se
               PRO SE APPELLANT


### ( PAGE # 2 of 2 )